IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00544–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  BRYAN MAYANJA,

      Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Tuesday, **February 21, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is January 19, 2006.  All responses shall be filed by January 26, 2006.  A hearing on the motions, if necessary, is set for **February 2, 2006**, at 9:00 o'clock a.m.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **February 10, 2006**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, February 8, 2006.

Dated: December 27, 2005